**SENDER: COMPLETE THIS SECTION**

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

America Real Estate Investment Group LLC
c/o InCorp Services, Inc.
9435 Waterstone Blvd., Ste. 140
Cincinnati, Ohio 45249

9590 9402 2066 6132 6145 57

2. Article Number *(Transfer from service label)*

7016 0910 0000 7749 0627

**COMPLETE THIS SECTION**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
[Nauman]  [12/12/16]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



9590 9402 2066 6132 6145 57

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

U.S. District Court, N.D. of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

—189025



1:16 CV 2139